# EXHIBIT A



Document title: Ad Library
Capture URL: https://www.facebook.com/ads/library/?active_status=active&amp;ad_type=all&amp;country=US&amp;id=2694364644271220&amp;is_targeted_country=f…
Capture timestamp (UTC): Fri, 27 Mar 2026 20:08:01 GMT                                                                                    Page 1 of 3



Document title: Ad Library
Capture URL: https://www.facebook.com/ads/library/?active_status=active&amp;ad_type=all&amp;country=US&amp;id=2694364644271220&amp;is_targeted_country=f…
Capture timestamp (UTC): Fri, 27 Mar 2026 20:08:01 GMT



Case 4:26-cv-04642-ASK     Document 1-1     Filed 05/15/26     Page 5 of 14









Document title: Ad Library
Capture URL: https://www.facebook.com/ads/library/?active_status=active&amp;ad_type=all&amp;country=US&amp;id=2370099780102531&amp;is_targeted_country=f…
Capture timestamp (UTC): Fri, 27 Mar 2026 20:08:49 GMT                                                                                          Page 2 of 3







https://www.facebook.com/ads/library/?active_status=active&ad_type=all&country=US&id=2754420481583768&is_targeted_country=false&
media_type=all&search_type=page&sort_data[mode]=total_impressions&sort_data[direction]=desc&view_all_page_id=45732091646    May 1, 2026 at 2:36 PM EDT

∞ Meta                                   Ad Library    Ad Library Report    Ad Library API    Branded Content  ≡

## Ad Details                                                                      ✕

● Active
Library ID: 2754420481583768
Started running on Apr 7, 2026
Platforms 👍 📷 🔵 💬 ⑤
This ad has multiple versions ⓘ

**Ergobaby**
Sponsored
Library ID: 2754420481583768                                               ···

The Omni Deluxe Carrier provides ergonomic support to minimize
parent fatigue on-the-go.



The right fit in the carrier

ERGOBABY.COM                              [ Shop Now ]
Ergonomic Support Baby Carrier

This ad has multiple versions ⓘ                               1 of 2

### About the advertiser                                              ⌃



**Ergobaby**
👍 @ergobaby
302.1K followers • Baby goods/kids goods

📷 @ergobaby ✓
474.6K followers

**More info**

Official Ergobaby Facebook page. For support, please contact support@ergobaby.com.

**About ads and data use**

[ Close ]



Document title: Ad Library
Capture URL: https://www.facebook.com/ads/library/?active_status=active&amp;ad_type=all&amp;country=US&amp;id=1485838263026991&amp;is_targeted_country=f...
Capture timestamp (UTC): Fri, 27 Mar 2026 20:07:27 GMT                                                                                                       Page 1 of 3



Document title: Ad Library
Capture URL: https://www.facebook.com/ads/library/?active_status=active&amp;ad_type=all&amp;country=US&amp;id=1485838263026991&amp;is_targeted_country=f…
Capture timestamp (UTC): Fri, 27 Mar 2026 20:07:27 GMT

